| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>TRAUGER, ALETA A. | 2. Court or Organization<br><br>U.S. DISTRICT COURT (MD TENN) | 3. Date of Report<br><br>09/03/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>5b. ✔ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>825 U.S. Courthouse<br>801 Broadway<br>Nashville, Tennessee 37203 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 5/31/2016 | Loan of $6000.00 to Rosemary Paschall (no interest) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Income from law firm partnership - ▮▮▮ is attorney partner in Trauger & Tuke |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 09/03/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nashville Bank & Trust | Line of credit for law firm partnership | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 09/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Acc'ts at SunTrust Bank, Nashville, TN | A | Interest | K | T | | | | | |
| 2. The Equitable A.B.A. Group IRA | | | | | | | | | |
| 3. - AXA Moderate Alloc.Portfolio | | None | K | T | | | | | |
| 4. - EQ Money Market | | None | J | T | | | | | |
| 5. - Multimanager Aggressive Equity | | None | K | T | | | | | |
| 6. - EQ/Common Stock Index | | None | L | T | | | | | |
| 7. - EQ/International Equity Index | | None | J | T | | | | | |
| 8. Victory Funds - RS Small Cap Growh Fund CLA | | None | N | T | | | | | |
| 9. Guilford County, North Carolina farmland | B | Rent | N | W | | | | | |
| 10. Cash surr. value NW Life policy | | None | M | T | | | | | |
| 11. Cash surr. value of 2 NW Life policies | | None | N | T | | | | | |
| 12. Parnassus Fund | B | Dividend | M | T | | | | | |
| 13. Profit sharing plan - Divers. Trust | | None | P1 | T | | | | | |
| 14. Moore County, North Carolina timber land | B | Rent | N | W | | | | | |
| 15. Bank of America Corporation | A | Dividend | J | T | | | | | |
| 16. Exxon Mobil Corp. | B | Dividend | K | T | | | | | |
| 17. Elizabethton, TN water & sewer revenue bonds | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 09/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Lincoln National Corp. | A | Dividend | K | T | | | | | |
| 19. MGT Holdings | | None | J | T | | | | | |
| 20. The Providence Service Corp. | | None | O | T | Donated (part) | 12/30/18 | L | | |
| 21. Rental Property - Nashville, Tennessee, Davidson County | A | Rent | O | W | | | | | |
| 22. Regions Bank money mkt. acct. (Morgan Keegan/Raymond James) | A | Interest | K | T | | | | | |
| 23. Pinnacle Nat. Bank accounts | A | Interest | M | T | | | | | |
| 24. Blount County, TN Pub. Bldg. Auth., Pub. Impt. Bds., Sev. 2008 | A | Interest | | | Redeemed | 06/01/18 | K | | |
| 25. Hirtle, Callaghan Investment Funds | | | | | | | | | |
| 26. - HCCT Commodities | C | Dividend | L | T | | | | | |
| 27. - HCCT Emerging Mkts. | B | Dividend | J | T | | | | | |
| 28. - HCCT Fixed Income Opportunity | A | Dividend | J | T | | | | | |
| 29. - HCCT Intermed. Muni | D | Dividend | N | T | | | | | |
| 30. - HCCT Intermed.Muni. II | B | Dividend | L | T | | | | | |
| 31. - HCCT International | D | Dividend | N | T | | | | | |
| 32. - HCCT Large Cap Growth | C | Dividend | N | T | | | | | |
| 33. - HCCT Large Cap Value | C | Dividend | M | T | | | | | |
| 34. - HCCT Small Cap | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 09/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - HCCT Core Fixed Income | A | Dividend | J | T | | | | | |
| 36.   - HCCT Institutional International Equity | A | Dividend | J | T | | | | | |
| 37.   - HCCT Institutional Large Cap. Growth | A | Dividend | J | T | | | | | |
| 38.   - HCCT Instutional Large Cap. Value | A | Dividend | J | T | | | | | |
| 39.   Nelson's Green Brier Distillery, LLC | | None | M | U | | | | | |
| 40.   Shelby Co. TN Health EDL & HSG Facs Rev. Bonds | A | Interest | K | T | | | | | |
| 41.   Edward Jones Advisory Solutions | | | | | | | | | |
| 42.   - Amer. Funds-Fundamental Investors | | None | K | T | | | | | |
| 43.   - Amer. Funds-Internat. Growth & Income | | None | K | T | | | | | |
| 44.   - Artisan-Internat. Value Instl. | | None | K | T | | | | | |
| 45.   - BridgeBuilder-Core Bond | | None | L | T | | | | | |
| 46.   - BridgeBuilder-Internat. Equity | | None | K | T | | | | | |
| 47.   - BridgeBuilder-Large Cap Growth | | None | K | T | | | | | |
| 48.   - BridgeBuilder-Small/Mid-Cap Value | | None | K | T | | | | | |
| 49.   - BridgeBuilder-Small/Mid-Cap Growth | | None | K | T | | | | | |
| 50.   - Delaware Funds by Macquarie-Small Cap Value Instl. | | None | J | T | | | | | |
| 51.   - Delaware Funds by Macquarie - U.S. Growth Instl. | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 09/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Dodge & Cox - Stock | None | K | T | | | | | | |
| 53. - Hotchkis & Wiley-Mid-Cap Value I | None | J | T | | | | | | |
| 54. - Invesco - Comstock R6 | None | K | T | | | | | | |
| 55. - MFS-Value R6 | None | K | T | | | | | | |
| 56. - PIMCO-High Yield Instl. | None | J | T | | | | | | |
| 57. - PRIMECAP Odyssey Funds - Stock | None | K | T | | | | | | |
| 58. - T. Rowe Price - Internat. Discovery | None | K | T | | | | | | |
| 59. - T. Rowe Price - Small-Cap Value I | None | J | T | | | | | | |
| 60. JPM U.S. Govt' Money Mkt. Cap. | None | J | T | | | | | | |
| 61. Edward Jones IRA | | | | | | | | | |
| 62. - Amer. Funds-Amer. Mut. A | None | L | T | | | | | | |
| 63. - Amer. Funds - Invest. Co. of Amer. | None | L | T | | | | | | |
| 64. - Franklin Templeton Investments - Income A1 | None | K | T | | | | | | |
| 65. - Franklin Templeton Investments-Mut. Global Discovery A | None | K | T | | | | | | |
| 66. - Franklin Templeton Investments-Mut. Shares A | None | J | T | | | | | | |
| 67. - Franklin Templeton Investments-Rising Dividends A | None | J | T | | | | | | |
| 68. - Franklin Templeton Investments-Global Bond A | None | J | T | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 09/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Edward Jones Investment Acc't. | | | | | | | | | |
| 70. - Money market acc't. | | None | J | T | | | | | |
| 71. - Knox Co. health & educ. bonds | | None | | | Redeemed | 04/03/17 | J | C | |
| 72. - Robertson Co., TN school bonds | | None | | | Redeemed | 06/01/17 | K | C | |
| 73. - AmGen, Inc. | A | Dividend | J | T | | | | | |
| 74. - Express Scripts Holding Co. | | None | | | Redeemed | 12/24/18 | J | A | |
| 75. - Gen. Electric Co. | A | Dividend | J | T | | | | | |
| 76. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 77. - Merck & Co., Inc. | A | Dividend | J | T | | | | | |
| 78. - Pepsico, Inc. | A | Dividend | J | T | | | | | |
| 79. - Travelers Companies, Inc. | | None | | | Sold | 08/31/17 | J | A | |
| 80. - Wal-Mart Stores, Inc. | A | Dividend | K | T | | | | | |
| 81. - Amer. Balanced Fund | C | Dividend | L | T | | | | | |
| 82. - Amer. Mut. Fund | D | Dividend | M | T | | | | | |
| 83. - Cap Income Bldr. Fund | B | Dividend | K | T | | | | | |
| 84. - Cap World Growth & Income Fund | D | Dividend | L | T | | | | | |
| 85. - Eaton Vance Tax Managed Div. Income Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 09/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Franklin, TN munic. bond fund | B | Dividend | L | T | | | | | |
| 87. - Fundamental Investors Fund | B | Dividend | M | T | | | | | |
| 88. - Growth Fund of Amer. | C | Dividend | K | T | | | | | |
| 89. - Income Fund of Amer. | C | Dividend | L | T | | | | | |
| 90. - Franklin Mut. Global Discovery Fund | B | Dividend | L | T | | | | | |
| 91. - New Perspective Fund | C | Dividend | L | T | | | | | |
| 92. - Nuveen Intermed. Duration Munic. Bond Fund | A | Dividend | K | T | | | | | |
| 93. - Franklin Fed. Inter-term tax free income fund - Class A | A | Dividend | K | T | | | | | |
| 94. - Cigna Corp. New | | None | J | T | Buy | 12/24/18 | J | | |
| 95. Lincoln Finan. Group Annuity-Amer. Legacy III View | | | | | | | | | |
| 96. - Amer. Funds IS Asset Alloc. 2 | | None | J | T | | | | | |
| 97. - Amer. Funds IS Bond 2 | | None | J | T | | | | | |
| 98. - Amer. Funds IS Growth-Income 2 | | None | K | T | | | | | |
| 99. - Amer. Funds IS Asset 2 | | None | K | T | | | | | |
| 100. - Amer. Funds IS High Income Bond 2 | | None | J | T | | | | | |
| 101. - Amer. Funds IS Internat. 2 | | None | K | T | | | | | |
| 102. Hirtle, Callaghan Investment Funds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 09/03/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - DWS Gov't. Cash Fund | C | Dividend | M | T | | | | | |
| 104.  - HCCT Real Estate | A | Dividend | J | T | | | | | |
| 105.  - HCCT Institutional Small Cap | A | Dividend | J | T | | | | | |
| 106.  - ISHARES MSCI EAFE | B | Dividend | K | T | | | | | |
| 107.  - ISHARES MSCI Emerging Mkt. | C | Dividend | M | T | | | | | |
| 108.  Jumstart Foundry 2017 Fund | | None | L | T | | | | | |
| 109.  Jumpstart Foundry 2018 Fund | | None | M | T | Buy | 01/01/18 | M | | |
| 110.  Pinnacle Bank CD | A | Interest | | | Redeemed | 06/25/18 | M | | |
| 111.  Fillmore Co., Nebr farmland | D | Rent | M | W | | | | | |
| 112.  Hirtle Callaghan Investment Funds | | | | | | | | | |
| 113.  - Vanguard FTSE Dev. Mkt. ETF | | None | L | T | Buy | 12/31/18 | L | | |
| 114.  - Vanguard FTSE Emerg. Mkt. ETF | | None | L | T | Buy | 12/31/18 | L | | |
| 115.  - ISHARES TRSH TR Corp, ETF | | None | J | T | Buy | 06/20/18 | J | | |
| 116.  - SPDR TR Portfolio Short ETF | | None | J | T | Buy | 06/20/18 | J | | |
| 117.  - Vanguard Short Term Corp. Bond ETF | | None | J | T | Buy | 06/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 09/03/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Lines 45, 46, 53 These sales and redemptions were inadvertently omitted from the 2017 Report.

Part VII Lines 25, 102, 112 This fund is a widely-held investment fund whose assets are widely diversifeid and over whose financial interests we neither can nor do exercise control [see § 315.30(c)].

Part VII  Line 111  Land was inherited in 2012, upon death of ▆▆▆▆ ▆▆▆▆  This is first year there has been any income from the asset.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ ALETA A. TRAUGER

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544